IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GRENIER,<br><br>      Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>      Defendant.<br>_____/ | No. CIV S-05-0693-CMK<br><br><br><br>ORDER TO SHOW CAUSE |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On April 11, 2005, the court directed plaintiff to serve the defendant within 30 days of the commencement of this action.  This action was filed on April 10, 2005, and, to date, plaintiff has not complied.

/ / /

/ / /

/ / /

/ / /

1       Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in
2 writing, within 20 days of the date of service of this order, why this action should not be
3 dismissed for lack of prosecution and failure to comply with rules and court order.  <u>See</u> Local
4 Rule 11-110.
5 DATED:   September 21, 2005.

                                                                          */s/ Craig M. Kellison*
                                            **CRAIG M. KELLISON**
                                            UNITED STATES MAGISTRATE JUDGE