IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GRENIER, | No. CIV S-05-0693-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On April 11, 2005, the court directed plaintiff to serve the defendant and file proof of such service within 30 days of the commencement of this action. This action was filed on April 10, 2005, and, to date, plaintiff has not complied. On September 22, 2005, the court directed plaintiff to show cause in writing, within 20 days, why this action should not be dismissed for lack of prosecution and failure to comply with court orders and rules. See Local Rule 11-110. To date, plaintiff has failed to respond to the order to show cause.

///

1

1	A review of the docket also reflects that plaintiff has failed to notify the court
2	regarding consent to proceed before a Magistrate Judge.  Pursuant to Eastern District of
3	California Local Rules, Appendix A, this case is not assigned a District Judge until and unless the
4	court receives affirmative notice that any party does not consent to Magistrate Judge jurisdiction.
5	Given plaintiff's failure to prosecute this case thus far, it would be futile to direct plaintiff to
6	show cause regarding her failure to notify the court regarding consent.  Therefore, the court will
7	direct the random assignment of a District Judge at this time.  The court will address plaintiff's
8	lack of prosecution by separate findings and recommendations.

9	Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
10	randomly assign a District Judge to this case and to update the docket to reflect the new case
11	number.

13	DATED:  October 19, 2005.

						_____
						**CRAIG M. KELLISON**
						UNITED STATES MAGISTRATE JUDGE